BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**

JUN 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>3848 Bilsted Way<br>Sacramento, California | CASE NO. 2:12-SW-0011 EFB<br><br>[ ] ORDER FOR<br>UNSEALING SEARCH WARRANT<br>AND RELATED DOCUMENTS |

The government's request to unseal the above-referenced search warrant application, affidavit in support, search warrant and attachments and this case is GRANTED.

SO ORDERED:

DATED: 5-31-2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

2