1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   MICHAEL D. ANDERSON
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Attorneys for the United States of America

7

**FILED**

AUG 0 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ℓ_____
          DEPUTY CLERK

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF:          CASE NO. 2:12-SW-0011 EFB

12 3848 Bilsted Way                         [PROPOSED] ORDER FOR
   Sacramento, California                   PARTIALLY UNSEALING SEARCH
13                                          WARRANT AND RELATED
                                            DOCUMENTS
14

15

16

17

          The government's request to unseal the redacted affidavit in support of a search warrant,
18
   which is attached to this order and is incorporated by reference, is GRANTED.
19
   SO ORDERED:
20
   DATED:  8-7-2012
21
                                            _____
                                            HON. EDMUND F. BRENNAN
22                                          U.S. Magistrate Judge

23

24

25

26

27

28

                                            3

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* 3848 Bilsted Way, Sacramento, California | ) ) ) ) ) ) Case No. |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer       2: 1 2 - SW - 0 0 1 1     EFB

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ **EASTERN** _____ District of _____ **CALIFORNIA** _____
*(identify the person or describe the property to be searched and give its location)*:

See Exhibit A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Exhibit B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ January 26, 2012 _____
                                                                                                                                                  *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Edmund F. Brenn or the duty magistrate                .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                            ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    01/12/2012 2:30 pm

                                                                            *Judge's signature*

City and state:    Sacramento, California            Hon. Edmund F. Brennan, United States Magistrate Judge
                                                                                            *Printed name and title*

AD 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

**EASTERN** _____  **DISTRICT OF** CALIFORNIA _____

In the Matter Of the Search of
(Name, address or brief description of person or property to be searched)

3848 Blisted Way, Sacramento, California

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

**CASE NUMBER:**

2:12 - SW - 0011 ‾ EFB

_____ Sara M. Lewis _____  being duly sworn depose and say:

I am a(n) **Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives,** _____  and have reason to believe
_____ Official Title _____

that ☐ on the person of or  ☒ on the premises known as (name, description and/or location)

**See Attachment A**

in the **Eastern** _____  District of **California** _____

there is now concealed a certain person or property, namely (describe the person or property)

**See Attachment B**

which is (give alleged grounds for search and seizure under Rule 41(c) of the Federal Rules of Criminal Procedure):
"Evidence of a crime, contraband, fruits of crime, or other items illegally possessed."

in violation of Title **18** _____  United States Code, Section(s) **922(a)(6).** _____

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit**

ORIGINAL
FILED

JAN 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# SEALED

Continued on the attached sheet and made a part hereof.

☒ Yes  ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

**January 12, 2012** _____  at  **Sacramento, California** _____
Date                                                         City and State

**Hon. Edmund F. Brennan, U.S. Magistrate Judge**  _____
Name and Title of Judicial Officer                    Signature of Judicial Officer

## Affidavit in Support of a Search Warrant

I, Special Agent Sara M. Lewis, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, being duly sworn on oath, depose and say:

1. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice. I have been so employed since July 2002. I have a Bachelors degree in Criminal Justice from California State University, Fresno, and a Masters degree in Criminal Justice from California State University, Fresno. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Program and the Bureau of Alcohol, Tobacco, Firearms and Explosives, New Professional Training (NPT), Special Agent Academy.

2. I have investigated no less than 100 cases involving federal firearms violations including straw purchase violations. I have spoken to several straw purchasers about how and why they committed the act of straw purchasing. I have received training regarding straw purchase investigations. I have spoken to more experienced investigators about how people commit straw purchases and other federal firearm violations.

## Federal Firearms Laws and Definitions

3. I am familiar with federal laws and know it is a violation of 18 U.S.C. § 922(a)(6), for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious or misrepresented identification, intended or likely to deceive such importer manufacturer, dealer, or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearms or ammunition.

4. Title 18 U.S.C. § 921(a)(3), defines a firearm as any weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver of any such weapon.

5. The information set forth in this Affidavit is based, in part, upon my own personal knowledge, but it is also based upon information provided to me by other law enforcement officers and reports generated by other law enforcement personnel. Because this Affidavit is presented for the limited purpose of setting forth probable cause for the requested search warrant, I have not necessarily included every fact known to me through this investigation. I have set forth only those facts necessary to establish probable cause to believe that contraband, fruits of the crimes, and other items illegally possessed, property designed for use, intended for use, or used in committing the offenses outlined in this

Affidavit will be found at **3848 Bilsted Way in Sacramento, California**, more fully described, and incorporated here by reference, in Attachment A to this Affidavit.

## Scope of Requested Search Warrant

6. This Affidavit requests authority to search the person, vehicles, and residence of **Ulysses Simpson Grant EARLY, IV** (hereinafter "EARLY"), **3848 Bilsted Way, Sacramento, California**, which is described in **Attachment A**, and is incorporated by reference as though fully set forth herein, and seize the items listed in **Attachment B**, which is incorporated by reference as though fully set forth herein, to this Affidavit.

7. It is my belief that those items listed on **Attachment B** may be found at the premises to be searched. I base this belief on the information set forth in this Affidavit, my training and experience, and the experience of the law enforcement officers with whom I have consulted.

## Overview of Investigation

8. On November 3, 2011, seven Federal search warrants were served at various locations in the Eastern District of California. The residence of Christopher Tait KJELLBERG (hereinafter "KJELLBERG" or "Tait") was one of the locations. See **Attachment C**, which is incorporated by reference as though fully set forth herein, for further information regarding the search warrant.

9. Subsequent to the search warrant, ATF Task Force Officer (TFO) Greg Halstead and I spoke with KJELLBERG. KJELLBERG stated that in April of 2010, he had straw purchased an "off roster" Sturm & Ruger, model LCP, .380 caliber pistol, serial number 37300127, for EARLY.

10. KJELLBERG stated that he purchased the firearm from Robert Snellings of Snellings' Firearms and private party transferred it to EARLY a few weeks later. KJELLBERG stated that he met EARLY on an internet website named "CalGuns" a few years ago. KJELLBERG stated that his screen name is "Ravenslair" and that EARLY went by the screen name "Toolbox X". KJELLBERG said that he and EARLY have met on several occasions over the past few years in person.

11. On November 3, 2011, ATF TFO Koontz and Sacramento County Sheriff's Department (SSD) interviewed EARLY regarding the purchase and/or private party transfer of a Sturm, Ruger and Co., Model LCP, .380 caliber pistol, serial number 37300127. EARLY stated that he purchased the firearm from KJELLBERG. EARLY stated that approximately two weeks before the purchase, KJELLBERG told him he should get the firearm for his Carry Concealed Weapon (CCW) permit. EARLY stated that he did not tell KJELLBERG to purchase the firearm for him.

## Investigation of the Sturm & Ruger, model LCP, .380 caliber, serial number 37300127

12. I have reviewed the California Dealer Record of Sale (DROS) paperwork related to the purchase of the Sturm & Ruger, model LCP, .380 caliber, serial number 37300127.

13. On 04-29-2010, Roseville Police Officer Christopher KJELLBERG started the DROS process for Sturm & Ruger, model LCP, .380 caliber handgun, serial number 37300127. This transaction was completed by Robert Snellings of Snellings' Firearms.

14. On 05-27-2010, approximately 28 days later, Christopher KJELLBERG private party transferred the Sturm & Ruger, model LCP, .380 caliber handgun, serial number 37300127, to a Ulysses EARLY. The private party transfer was completed through Snellings' Firearms.

## CalGuns Emails Between KJELLBERG and EARLY

15. On November 17, 2011, TFO Halstead and I received all electronic communications from CalGuns for the account "Ravenslair" and "Toolbox X", including the private messages.

16. The following is a summary of the private messages between "Ravenslair" and "Toolbox X" regarding the Sturm & Ruger, model LCP, .380 caliber handgun, serial number 37300127.

```
From :     Toolbox X
To :       Ravenslair
Date :     2010-04-12 13:16
Title :    Re: AK rivet tool?
```
-------------------------------------------------------------------

Hey Tait,
I hope you get this quickly. I can't tell which phone number in my call log is yours. Give me a call when you get this and well setup a time to meet up.

Grant

████████

```
From :     Ravenslair
To :       Toolbox X
Date :     2010-04-13 02:29
Title :    Re: AK rivet tool?
```
-------------------------------------------------------------------

Hey Grant,
Just got this. I will give you a call tomorrow. BTW, my number is ████████

3

```
From :      Toolbox X
To :        Ravenslair
Date :      2010-04-13 18:30
Title :     Re: AK rivet tool?
```
----------------------------------------------------------------
Hey Tait,
Bob says he has a LCP for $300 plus DROS. Score!

Grant

```
From :      Ravenslair
To :        Toolbox X
Date :      2010-04-13 21:17
Title :     Re: AK rivet tool?
```
----------------------------------------------------------------
Grant,
Sounds like I need to make a trip down to his place on Thursday?

```
From :      Ravenslair
To :        Toolbox X
Date :      2010-04-13 21:17
Title :     Re: AK rivet tool?
```
----------------------------------------------------------------
BTW, that is a great price. I found mine for about $285 before DROS... and I had to wait 6 weeks. I should have checked with Bob first.
----------------------------------------------------------------
```
From : Toolbox X
To :   Ravenslair
Date : 2010-04-16 13:06
Title : Re: AK rivet tool?
```
----------------------------------------------------------------
How did your trip to Bob's go?  Did he charge you sales tax?
----------------------------------------------------------------

```
From : Ravenslair
To :   Toolbox X
Date : 2010-04-16 15:48
Title : Re: AK rivet tool?
```
----------------------------------------------------------------
I did not hear back, so was not sure if I was supposed to go. Sorry about that. I will go down there next Thursday. I assume you already gave him the heads up?

4

From :      Ravenslair
To :        Toolbox X
Date :      2010-04-16 22:05
Title :     Re: AK rivet tool?
-----------------------------------------------------------------------
Did you already pay him for the gun?
-----------------------------------------------------------------------


From :  Toolbox X
To :    Ravenslair
Date :  2010-04-16 23:07
Title :    Re: AK rivet tool?
-----------------------------------------------------------------------
Sorry, I should have responded. I don't like writing stuff like this down.  He knows, and I have not
paid him. I'll pay you when we do the xfer. I'll be sure to cover all of your expenses.


## ATF FORM 4473

17. During the purchase of this firearm, KJELLBERG filled out ATF Form 4473.  Question 12a of the
    Form 4473, asks: "Are you the actual buyer of this firearm(s) listed on the form?"  On the form,
    KJELLBERG answered: "yes" to question 12a.

18. Question 12a also explains, **"you are not the actual buyer if you are acquiring the firearm(s) on
    behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the
    firearm(s) to you."**


## Information about EARLY and 3848 Bilsted Way, Sacramento, California

19. On December 29, 2011, a query of the Sacramento Municipal Utility District (SMUD) reported that
    EARLY has an active account at 3848 Bilsted Way in Sacramento, California.

20. On December 28, 2011, I queried the Department of Motor Vehicles (DMV) information system and
    learned that Ulysses EARLY currently lists 3848 Bilsted Way in Sacramento California.

21. On December 28, 2011, a query of the Accurint database lists 3848 Bilsted Way in Sacramento
    California as his current address.

22. On November 3, 2011, Sacramento County Sheriff's Department Detectives Koontz (badge #76) and
    Sanchez (badge #923) interviewed EARLY at 3848 Bilsted Way in Sacramento, California. EARLY
    informed SSD Detective Koontz that he lived at the residence.

### Information Regarding Items to be Seized

23. Sturm, Ruger and Co, .380 caliber pistol, serial number 37300127.

24. All firearms paperwork related to the purchase and/or transfer of a Sturm, Ruger and Co, .380 caliber pistol, serial number 37300127.

25. Based upon my training and experience, persons who reside at a certain location maintain items indicating ownership or residency at such locations, and these items include, rent or mortgage receipts and payment books, utility and telephone bills and statements, keys for the premises, photographs taken at and within the residence, and other items of indicia and that these items are kept at the person's residence.

26. Based on my training and experience, I know that gun owners often store their firearms in safes and/or locked containers.

### Conclusion

27. I believe, based on KJELLBERG'S statement, the CalGun emails and the purchase and subsequent transfer of the firearm is evidence that EARLY conspired with KJELLBERG to commit a straw purchase of a Sturm, Ruger and Co, .380 caliber pistol, serial number 37300127.

28. Based on the foregoing, I respectfully submit that probable cause exists to search the person, vehicles, and residence described more particularly in Attachment A , for the items described in Attachments B, which is, evidence, fruits, and instrumentalities of the violation of Title 18 U.S.C. Section 922(a)(6).

29. Therefore, this Affidavit requests authority to search the locations set forth in **Attachment A** and seize the items described in **Attachment B.**

### REQUEST FOR SEALING ORDER

30. This criminal investigation is continuing. We contemplate a number of additional interviews, subpoenas, and possibly grand jury testimony of witnesses in the near future. Disclosure of the contents of this affidavit at this time could seriously impede the continuing investigation and prosecution by prematurely disclosing the details of the government's investigation. This could potentially cause subjects of the investigation to flee, destroy evidence, or intimidate and attempt to corruptly influence potential witnesses in the case. If the affidavit was made public, potential subpoena recipients may attempt to destroy evidence. Also, potential interviewees would be able to identify specific subjects of the investigation and could fabricate responses in order to avoid possible criminal liability.

6

I swear under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Sara M. Lewis, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before
me this 2-th day of January 2012.

Hon. Edmund F. Brennan
United States Magistrate Judge

Approved as to form:

William S. Wong   1-13-12
William S. Wong
Assistant U.S. Attorney

7

## ATTACHMENT A

## DESCRIPTION OF PROPERTY AND PERSON TO BE SEARCHED

1. **3848 Bilsted Way, Sacramento California** including all outbuildings.  3848 Bilsted Way, Sacramento is further described as a grey colored two story single family residence with white trim and an attached 3 car garage.  The numbers "3848" are affixed prominently on the two car garage facing the street.  The front door is double doors that are dark in color.

2. The person of **Ulysses Simpson Grant EARLY, IV**, a white male, 35 years of age (date of birth&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;, who is approximately 6'1", and approximately 180 pounds.

3. The vehicles to be searched include all vehicles owned, controlled, accessible, or used by **EARLY.**

4. Any safes, locked cabinets, and/or other secured containers at the location(s) and in/on vehicle(s).

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1.  Sturm, Ruger and Co, .380 caliber pistol, serial number 37300127.

2.  All firearms paperwork related to the purchase and/or transfer of a Sturm, Ruger and Co, .380 caliber pistol, serial number 37300127.

3.  Items indicating ownership or residency at such locations, and these items include, rent or mortgage receipts and payment books, utility and telephone bills and statements, keys for the premises, photographs taken at and within the residence, and other items of indicia and that these items are kept at the person's residence.